UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>  v.<br><br>SYCAMORE PROPERTIES, LLC, a California Limited Liability Company; ZKHAN CORPORATION, a California Corporation; and Does 1-10,<br><br>        Defendants | Case: 2:14-CV-02749-JAM-KJN<br><br>**ORDER** |

**<u>ORDER</u>**

Pursuant to the stipulation of the parties, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 4/3/2015        /s/ John A. Mendez_____
                                 HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE